TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00350-CV

Ex parte Todd W. Altschul, Appellant

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 162,175-C, HONORABLE RICK MORRIS, JUDGE PRESIDING 

PER CURIAM

 Appellant Todd W. Altschul moves this Court to dismiss his appeal of the trial
court's order dismissing his petition for expunction of records. We grant the motion.

 We dismiss the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Yeakel, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: September 17, 1998

Do Not Publish